IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN L. VIA                                                                                          PLAINTIFF
ADC# 086866

v.                            Case No. 4:11-cv-225-DPM-BD

DOC HOLLADAY, RANDY
MORGAN, E. MARTIN, GREEN,
and PARKER                                                                                       DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition. *Document No. 16.* No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Via's claims against Officer Green are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 May 2011